# Exhibit 2

Method Claim: 1

| US8276079 | Stack Overflow Stack Internal ("The accused instrumentality") |
|---|---|
| 1. A method of a computing device providing a user with a web-browser supplement, comprising:<br><br>**Col 4: lines 29-32**<br><br>*<u>The web page 210 as viewed by the user includes the original web page text, but additionally includes the overlay 212 that includes supplement text</u> that can be related to the information of the web page.*<br><br>*<u>An embodiment of the web-browser</u>* | The accused instrumentality practices a method of a computing device (e.g., a computer, user device, etc. used to access the accused instrumentality) providing a user (e.g., a user of the accused instrumentality such as an admin of a group, etc.) with a web-browser supplement (e.g., a browser-displayed reports page including weekly activity summary, etc. that presents ranked participant results).<br><br>As shown below, the accused instrumentality allows a user such as an admin, owner, etc. to create and join Stack Overflow Internal Private Team on a computer using a web-browser. The team admins can invite members to join groups. The team members can access and participate in the shared Q&A threads through the group. The admin can access the Reporting and Metric interface through a web browser. This interface presents additional information relating to the participants, including votes, statistics, ranking, etc. Further, the accused instrumentality integrates with Microsoft Teams to provide a weekly summary digest. Upon information and belief, when a user clicks on a listed user or department in the Teams digest, it directs the user to the corresponding Stack Overflow page to display information such as member info, ranking, etc. This information is provided in addition to the top contributors and therefore supplements the information available to the user through the browser. |

| | |
|---|---|
| *supplement allows, for example, third party developers to add their own focal group applications. One example of a focal group application includes a mini-button or an icon displayed next to any item on the page that is recognized by the overlay as a target item (i.e. around which the overlay creates some enhanced content, or filtering, or sorting)* | <br><br>https://stackoverflow.co/internal/ |




https://stackoverflow.co/internal/




https://stackoverflow.co/internal/

| | |
|---|---|
| | Home > Knowledge base > Stack Internal Community > Product Features<br><br>**Enable and Set Up Private Teams**<br><br>**Applies to:** ~~Free~~ ✕ ~~Basic~~ ✕ ~~Business~~ ✕ Enterprise ✓ Admin Only<br><br>**Overview**<br><br>Private Teams in Stack Internal Enterprise give you and your team members an area to work collaboratively and privately. If users have questions that aren't relevant outside of their company team or department, or those questions have sensitive information that shouldn't be visible to all users, a Private Team may be the right solution.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams<br><br>**Before you enable or create Private Teams**<br><br>While Private Teams can be a great solution for supporting smaller collaborative teams, they're not without their drawbacks. It's important to remember that questions, answers, and articles posted to a Private Team are only visible to members of that team. Users should be diligent to post a Private Team only when the question warrants it. General questions still belong on the main where all users can see them.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams<br><br>**Private Teams roles and responsibilities**<br><br>Three distinct roles come into play in each Private Team. A *site admin* creates and sets up the team, a *team owner* sets the direction of the team and invites members, and *team members* bring the Private Team to life by adding questions, answers, and other content.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams |

And there's so much more. With Stack Internal, you can create and store longer-form content like project notes, spec documents, how-to guides, or post-mortems with our Articles feature. You can organize Q&A content along with Articles into Collections. This is helpful for alleviating the "where do I find that?" question when onboarding new team members or compiling notes and resources about a specific product or technology.

https://stackoverflow.co/internal/resources/how-to-use-stack-overflow-for-teams/

computing device




https://www.youtube.com/watch?v=MQxlE0ICumI




https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams



Support Knowledge base

Search solutions and tickets…

Home > Knowledge base > Stack Internal Community > Product Features

# Reporting and Metrics

Applies to: ~~Free~~ ~~Basic~~ ~~Business~~ Enterprise

Admin Only

Tags

Reports Engagement Community

Download as PDF

## Overview

Your Stack Internal Enterprise site contains built in reports covering a number of different areas, including:

- Overall community activity and usage (number of posts, votes, users, visitors) across several different dimensions and time periods
- Activity and top users for each given tag on your site
- Activity, top contributions, and expert areas for each user on your site

These can be used to gain insight into a number of areas, or answer questions like:

- The overall health and activity of your community
- Who the top contributors in your organization are
- Who is most knowledgeable about a given technology or topic
- Which internal technologies are used the most and what issues are the most prevalent in those technologies

Navigate this article

Overview

Analytics in Stack Internal Enterprise

Analytics panel in the moderator dashboard

Tag activity page

User activity page

https://support.stackenterprise.co/support/solutions/articles/22000294501-reporting-and-metrics

| | |
|---|---|
| | Home > Knowledge base > Stack Internal Community > Integrations and API<br>**Microsoft Teams Integration**<br>**Applies to:** Free ✓ Basic ✓ Business ✓ Enterprise ✓<br>**Overview**<br>The Stack Overflow Microsoft Teams integration connects your Microsoft Teams chat application and your internal knowledge base. This allows you to stay up-to-date with notifications of new content, search for existing posts, even add a new question from within Microsoft Teams.<br>With the Microsoft Teams integration, you can:<br>• Search through your Team's content to find answers to your most pressing questions.<br>• Stay up-to-date on your Team's latest questions, answers, and Articles with automated notifications.<br>• Post a question to your Stack Overflow Internal site from within Microsoft Teams.<br>• Share and preview content from your Stack Overflow Internal site within Microsoft Teams.<br>• Upvote questions, answers, and Articles from within Microsoft Teams.<br>https://support.stackenterprise.co/support/solutions/articles/22000294522-microsoft-teams-integration |

| | |
|---|---|
| | **Weekly digests for Microsoft Teams and Slack**<br><br>**Microsoft Teams Channel Digests**<br><br>Now available in Microsoft Teams! These weekly updates surface key activity based on selected tags and communities. You'll see:<br>• Top contributors by user and department<br>• Usage metrics to track engagement<br>• Unanswered questions to improve answer rate and close knowledge gaps<br><br>https://stackoverflow.blog/2025/04/15/smarter-insights-stronger-teams-new-features-for-stack-overflow-for-teams/<br><br>**Release 2025.3 (4/16/2025)**<br><br>**Microsoft Teams digest**<br><br>SOE now generates a weekly activity summary (digest) that users can view directly in MS Teams. The digest appears on Wednesday, and includes changes to reputation, new content, top contributors, top unanswered questions, and more. Learn more about the MS Teams integration in the Microsoft Teams Integration article.<br><br>https://support.stackenterprise.co/support/solutions/articles/22000294371-stack-internal-enterprise-release-notes |




https://support.stackenterprise.co/support/solutions/articles/22000294371-stack-internal-enterprise-release-notes

<table>
<tr>
<td></td>
<td>

https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/</td>
</tr>
<tr>
<td>obtaining, by the computing device, access to a focal group of a focal group</td>
<td>The accused instrumentality practices obtaining, by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), access to a focal group (e.g., a team, a business group, etc.) of a focal group server (e.g., a server of the accused instrumentality) through a network connection (e.g., internet), the focal group (e.g., a study a team, a business group, etc.) comprising at least one member (e.g., participants such as</td>
</tr>
</table>

| | |
|---|---|
| server through a network connection, the focal group comprising at least one member having at least one association with the user, wherein the focal group comprises a restricted group of people who are associated based on activity or topic;<br><br>**Col 3: lines 9-20**<br><br>*Generally, a focal group is a small restricted group of people who are associated based on activity or topic. The focal group can include, for example, a* | employees, etc.) having at least one association (e.g., membership in the same group) with the user (e.g., an admin, owner of the team, organization, etc.), wherein the focal group (e.g., a team, a business group, etc.) comprises a restricted group (e.g., a private team) of people (e.g., invited group members, employees, etc.) who are associated based on activity or topic (e.g., teams such as marketing, HR, etc.)<br><br>As shown below, the accused instrumentality allows a user to access a Stack Overflow private team through a web browser on a computer over the Internet. The group includes invited members such as employees, etc. who are associated with the user through membership in the same group and participate in shared business activities or topics. The group is a restricted, invitation-based group that enables members to collaborate, and engage in activities relating to business such as submit answers, adding their own articles, questions, etc.<br><br>And there's so much more. With Stack Internal, you can create and store longer-form content like project notes, spec documents, how-to guides, or post-mortems with our Articles feature. You can organize Q&A content along with Articles into Collections. This is helpful for alleviating the "where do I find that?" question when onboarding new team members or compiling notes and resources about a specific product or technology.<br>https://stackoverflow.co/internal/resources/how-to-use-stack-overflow-for-teams/ |

| | |
|---|---|
| group of friends, family members or people with common interests. As will be described, a focal group can include any number of members. The member can be individual people or even corporate entities. The focal group can include, for example, a single person who is considered an expert in a particular subject area, or the focal group can include many individual who are commonly associated by some activity or other criteria. | Home > Knowledge base > Stack Internal Community > Product Features<br>**Enable and Set Up Private Teams**<br>**Applies to:** ~~Free~~ ✕ ~~Basic~~ ✕ ~~Business~~ ✕ Enterprise ✓ Admin Only<br>**Overview**<br>Private Teams in Stack Internal Enterprise give you and your team members an area to work collaboratively and privately. If users have questions that aren't relevant outside of their company team or department, or those questions have sensitive information that shouldn't be visible to all users, a Private Team may be the right solution.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams<br>**Before you enable or create Private Teams**<br>While Private Teams can be a great solution for supporting smaller collaborative teams, they're not without their drawbacks. It's important to remember that questions, answers, and articles posted to a Private Team are only visible to members of that team. Users should be diligent to post a Private Team only when the question warrants it. General questions still belong on the main where all users can see them.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams<br>**Private Teams roles and responsibilities**<br>Three distinct roles come into play in each Private Team. A *site admin* creates and sets up the team, a *team owner* sets the direction of the team and invites members, and *team members* bring the Private Team to life by adding questions, answers, and other content.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams |

| | |
|---|---|
| *The focal groups can be formed, or borrowed from somewhere else.* | **Private Team owner** — a user<br><br>A site admin can designate one or more users to be Private Team owners, giving them administrative control over all aspects of the Private Team. Site admins may also want to add themselves as team owner.<br><br>access to a focal group<br><br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams<br><br>**Govern**<br><br>The structures and permissions your company needs. Organize content and context across your internal spaces. Then set permissions for people, teams, and agents for secure access controls.<br><br><br><br>**Deliver**<br><br>Out-of-the-box, put trusted knowledge right where your team already is – MCP & API are just the start. Knowledge also feeds back from those tools, creating a constant loop of memory for the next task.<br><br> |

https://stackoverflow.co/internal/




https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams







https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams




https://stackoverflow.co/internal/

As shown below, the accused instrumentality allows participants to submit answers for relevant topic questions.




https://www.youtube.com/watch?v=MQxlE0ICumI

| | |
|---|---|
| |   https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams |
| obtaining, by the computing device, information associated with the at least one member having relevance to the focal group, wherein the information is ranked by a level of importance, | The accused instrumentality practices obtaining, by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), information (e.g., votes, rank, etc.) associated with the at least one member (e.g., a participant such as an employee, etc.) having relevance to the focal group (e.g., a team, a business group, etc.), wherein the information (e.g., votes, ranking, etc.) is ranked by a level of importance (e.g., ranking position, order, etc.), wherein the rank by the level of importance (e.g., ranking position, order, etc.) of the information (e.g., votes, rank, etc.) is based on at least one of a member rank on a relevant topic (e.g., ranking top contributors associated with a department), a level of affinity between the user and each member, a level of expertise of each member, a level of performance of past information provided by each member (e.g., answers submitted by each participant in team), a level of proficiency of each member (e.g., votes, accuracy, etc.).<br><br>As shown below, when members of a Stack Overflow private team can participate in a Q&A |

| | |
|---|---|
| wherein the rank by the level of importance of the information is based on at least one of a member rank on a relevant topic, a level of affinity between the user and each member, a level of expertise of each member, a level of performance of past information provided by each member, a level of proficiency of each member; | thread, the accused instrumentality collects and displays information associated with those members, including votes, rankings, and other performance statistics. The information is presented in the Reporting and Metric interfaces, where participants are ordered according to their performance, such as votes earned and ranking position. The displayed rankings relate to the proficiency and performance of the participants in the relevant activity and is based on the participants submitted answers.<br><br>And there's so much more. With Stack Internal, you can create and store longer-form content like project notes, spec documents, how-to guides, or post-mortems with our Articles feature. You can organize Q&A content along with Articles into Collections. This is helpful for alleviating the "where do I find that?" question when onboarding new team members or compiling notes and resources about a specific product or technology.<br>https://stackoverflow.co/internal/resources/how-to-use-stack-overflow-for-teams/<br><br>**Before you enable or create Private Teams**<br><br>While Private Teams can be a great solution for supporting smaller collaborative teams, they're not without their drawbacks. It's important to remember that questions, answers, and articles posted to a Private Team are only visible to members of that team. Users should be diligent to post a Private Team only when the question warrants it. General questions still belong on the main where all users can see them.<br>https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams<br><br>**Private Teams roles and responsibilities**<br><br>Three distinct roles come into play in each Private Team. A *site admin* creates and sets up the team, a *team owner* sets the direction of the team and invites members, and *team members* bring the Private Team to life by adding questions, answers, and other content. |

https://support.stackenterprise.co/support/solutions/articles/22000294500-enable-and-set-up-private-teams




https://stackoverflow.co/internal/




https://www.youtube.com/watch?v=MQxIE0ICumI




https://www.youtube.com/watch?v=MQxlE0ICumI



Support Knowledge base

Search solutions and tickets…

Home > Knowledge base > Stack Internal Community > Product Features

# Reporting and Metrics

**Applies to:** ~~Free~~ ✗ ~~Basic~~ ✗ ~~Business~~ ✗ Enterprise ✓

Admin Only

**Tags**

Reports Engagement Community

Download as PDF

## Overview

Your Stack Internal Enterprise site contains built in reports covering a number of different areas, including:

- Overall community activity and usage (number of posts, votes, users, visitors) across several different dimensions and time periods
- Activity and top users for each given tag on your site
- Activity, top contributions, and expert areas for each user on your site

These can be used to gain insight into a number of areas, or answer questions like:

- The overall health and activity of your community
- Who the top contributors in your organization are
- Who is most knowledgeable about a given technology or topic
- Which internal technologies are used the most and what issues are the most prevalent in those technologies

**Navigate this article**

Overview

Analytics in Stack Internal Enterprise

Analytics panel in the moderator dashboard

Tag activity page

User activity page

https://support.stackenterprise.co/support/solutions/articles/22000294501-reporting-and-metrics

| | |
|---|---|
| | This shareable summary highlights your people, your contributions, and the knowledge-sharing wins that shaped your year.<br><br>**Top contributors**<br><br>The names behind your strongest contributors—across categories like:<br><br>• **Most helpful**: Assisted the most team members<br>• **Most knowledgeable**: Contributed the most answers and articles<br>• **Most supportive**: Most upvotes, reactions, bookmarks, and follows given<br>• **Most connected**: Contributed answers across the most tags<br>• **Most dependable**: Most days visited during the year<br>• **Most curious:** Asked the most questions<br>• **Most attentive**: Reviewed the most posts in Content Health<br><br>https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/ |

<table>
<tr><td></td><td>

https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/</td></tr>
<tr><td>adaptively updating, by the computing device, the information associated with</td><td>The accused instrumentality practices adaptively updating (e.g., dynamically updating votes, etc.), by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), the information (e.g., rank, votes, etc.) associated with the at least one member (e.g., a participant such as an employee, etc.) having relevance to the focal group (e.g., a team, a business group, etc.) based on web browsing of the user (e.g., web browsing of admin, owner, etc.).</td></tr>
</table>

| | |
|---|---|
| the at least one member having relevance to the focal group based on web browsing of the user; and | As shown below, when members of a Stack Overflow private team can participate in a Q&A thread, the accused instrumentality updates member-related information such as votes, rankings, and other performance statistics. As additional participants join and vote through the thread, the rankings and positions are correspondingly updated as per the latest participant performance. When a user such as a team owner, admin, etc. clicks Reporting and Metrics interface through the web browser, the updated information is retrieved and displayed, allowing them to view the current votes, rankings, and performance information associated with members of the group.<br><br>And there's so much more. With Stack Internal, you can create and store longer-form content like project notes, spec documents, how-to guides, or post-mortems with our Articles feature. You can organize Q&A content along with Articles into Collections. This is helpful for alleviating the "where do I find that?" question when onboarding new team members or compiling notes and resources about a specific product or technology.<br>https://stackoverflow.co/internal/resources/how-to-use-stack-overflow-for-teams/ |

| | |
|---|---|
| |  <br>https://www.youtube.com/watch?v=MQxlE0ICumI |

Support Knowledge base

Search solutions and tickets…

Home > Knowledge base > Stack Internal Community > Product Features

# Reporting and Metrics

**Applies to:** ~~Free~~ ✕ ~~Basic~~ ✕ ~~Business~~ ✕ Enterprise ✓

Admin Only

Tags

Reports Engagement Community

Download as PDF

Navigate this article

Overview

Analytics in Stack Internal Enterprise

Analytics panel in the moderator dashboard

Tag activity page

User activity page

## Overview

Your Stack Internal Enterprise site contains built in reports covering a number of different areas, including:

- Overall community activity and usage (number of posts, votes, users, visitors) across several different dimensions and time periods
- Activity and top users for each given tag on your site
- Activity, top contributions, and expert areas for each user on your site

These can be used to gain insight into a number of areas, or answer questions like:

- The overall health and activity of your community
- Who the top contributors in your organization are
- Who is most knowledgeable about a given technology or topic
- Which internal technologies are used the most and what issues are the most prevalent in those technologies

https://support.stackenterprise.co/support/solutions/articles/22000294501-reporting-and-metrics

| | |
|---|---|
| | This shareable summary highlights your people, your contributions, and the knowledge-sharing wins that shaped your year.<br><br>**Top contributors**<br><br>The names behind your strongest contributors—across categories like:<br>• **Most helpful**: Assisted the most team members<br>• **Most knowledgeable**: Contributed the most answers and articles<br>• **Most supportive**: Most upvotes, reactions, bookmarks, and follows given<br>• **Most connected**: Contributed answers across the most tags<br>• **Most dependable**: Most days visited during the year<br>• **Most curious:** Asked the most questions<br>• **Most attentive**: Reviewed the most posts in Content Health<br>https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/ |

| | |
|---|---|
| | <br>https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/ |
| supplementing web browsing, by the computing device, of the user by providing | The accused instrumentality practices supplementing web browsing (e.g., providing additional participant-performance information through a browser-based interface), by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), of the user (e.g., a user of the accused instrumentality such as an admin of a group, etc.) by providing information (e.g., votes, ranking, etc.) of the members of the focal group (e.g., a team, a business group, etc.), wherein the supplementing the web browsing (e.g., providing additional participant-performance information through a browser-based interface) comprises executing a |

| | |
|---|---|
| information of the members of the focal group, wherein the supplementing the web browsing comprises executing a plug-in loaded on the computing device, wherein the plug in provides overlaying of the ranked information associated with the at least one member on a web page displayed on the computing device that is related to information of the web page, comprising manipulating the information of the web page | plug-in (e.g., web application) loaded on the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), wherein the plug in (e.g., web application) provides overlaying of the ranked information (e.g., displaying participant rankings, position, etc.) associated with the at least one member (e.g., a participant such as an employee, etc.) on a web page (e.g., reporting and metrics web page of the accused instrumentality) displayed on the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality) that is related to information of the web page (e.g., reporting and metrics web page of the accused instrumentality), comprising manipulating the information of the web page based on the ranked information (e.g., displaying participants in ranking order, updating positions based on participant votes, etc.).<br><br>As shown below the accused instrumentality operates as a plug-in within the Microsoft Teams browser interface. It allows participants of a team to view relevant Q&A content, submit answers, etc. When a user selects the Reports and Metrics option in the Teams web interface, the plug-in directs the user to a Stack Overflow webpage where ranked information, such as member rankings, votes, and performance metrics, is displayed. Thus, the accused instrumentality supplements the user's web browsing by using the Stack Overflow plug-in to provide ranked member-related information.<br><br>And there's so much more. With Stack Internal, you can create and store longer-form content like project notes, spec documents, how-to guides, or post-mortems with our Articles feature. You can organize Q&A content along with Articles into Collections. This is helpful for alleviating the "where do I find that?" question when onboarding new team members or compiling notes and resources about a specific product or technology.<br>https://stackoverflow.co/internal/resources/how-to-use-stack-overflow-for-teams/ |

based on the ranked information.

Col 4: lines 8-9

*An embodiment of the overlay plug in includes a software component installed on a user's computer.*

Home > Knowledge base > Stack Internal Community > For Admins

# Technical Requirements

**Applies to:** Free ✓ Basic ✓ Business ✓ Enterprise ✓

## Browser version

Stack Overflow Internal supports the current and one previous stable release only of most common browsers and does not support developer or beta releases. Some browsers are partially supported and not all site functionality will work, but bugs may still get fixed at Stack Overflow's discretion.

| Browser | Support | Comments |
|---|---|---|
| Firefox | Last two versions | See current version. |
| Chrome | Last two versions | See current version. |
| Safari | Last two versions | See current version. |
| Edge | Last two versions | See current version. |

https://support.stackenterprise.co/support/solutions/articles/22000294320-technical-requirements

Support Knowledge base

Search solutions and tickets…

Home > Knowledge base > Stack Internal Community > Product Features

# Reporting and Metrics

**Applies to:** ~~Free~~ ✕ ~~Basic~~ ✕ ~~Business~~ ✕ Enterprise ✓

Admin Only

## Overview

Your Stack Internal Enterprise site contains built in reports covering a number of different areas, including:

- Overall community activity and usage (number of posts, votes, users, visitors) across several different dimensions and time periods
- Activity and top users for each given tag on your site
- Activity, top contributions, and expert areas for each user on your site

These can be used to gain insight into a number of areas, or answer questions like:

- The overall health and activity of your community
- Who the top contributors in your organization are
- Who is most knowledgeable about a given technology or topic
- Which internal technologies are used the most and what issues are the most prevalent in those technologies

**Tags**

Reports Engagement Community

Download as PDF

**Navigate this article**

Overview
Analytics in Stack Internal Enterprise
Analytics panel in the moderator dashboard
Tag activity page
User activity page

https://support.stackenterprise.co/support/solutions/articles/22000294501-reporting-and-metrics

| | |
|---|---|
| | This shareable summary highlights your people, your contributions, and the knowledge-sharing wins that shaped your year.<br><br>**Top contributors**<br><br>The names behind your strongest contributors—across categories like:<br><br>• **Most helpful**: Assisted the most team members<br>• **Most knowledgeable**: Contributed the most answers and articles<br>• **Most supportive**: Most upvotes, reactions, bookmarks, and follows given<br>• **Most connected**: Contributed answers across the most tags<br>• **Most dependable**: Most days visited during the year<br>• **Most curious:** Asked the most questions<br>• **Most attentive**: Reviewed the most posts in Content Health<br><br>https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/ |




https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/

<table>
<tr>
<td></td>
<td>


https://www.microsoft.com/en-us/microsoft-teams/log-in
</td>
</tr>
</table>

| | |
|---|---|
| | # Teams for Web - Overview and prerequisites<br><br>Applies to: Microsoft Teams<br><br>Summarize this article for me<br><br>The Teams for Web is envisioned from the ground up with performance in mind, providing a faster, simpler, and more flexible experience. The Teams client installs and loads faster, letting you launch the app and join meetings more quickly, giving you more time to focus on business tasks.<br>https://learn.microsoft.com/en-us/microsoftteams/teams-client-web |

| | |
|---|---|
| | <br><br>https://stackoverflow.blog/2017/07/11/introducing-channels-private-qa-team/ |

| | |
|---|---|
| | *This post refers to "Channels", a product which is now called "Teams."*<br><br>**Here's What We're Working on and How You Can Get Involved**<br><br>On Stack Overflow, a question gets asked once, answered, and then becomes a central point of knowledge for thousands of others who read it on our site. But what about developers who don't have the luxury of being public about their work? Today, we're announcing Stack Overflow Channels for teams that need a dedicated, private space to share knowledge. We're working hard on an early beta, and we want your active involvement in the product as we build it. If you're interested in early access and product updates, sign up here!<br>https://stackoverflow.blog/2017/07/11/introducing-channels-private-qa-team/ |

| | |
|---|---|
| | **Why Channels?**<br><br>We launched Stack Overflow Enterprise last year to help large organizations share knowledge internally. Like public Stack Overflow, it uses the power of a large community: devs ask questions and other devs from across the organization answer them. But as we expanded Enterprise to more and more large companies, it became clear that smaller teams also have the need to share knowledge in a private space. We realized that our platform gives us the unique opportunity to create a product specifically designed for teams who can't sustain an entire community of their own. So a few weeks ago we began work on Channels, which will allow developers to ask and answer questions with their colleagues in a private area on Stack Overflow.<br>https://stackoverflow.blog/2017/07/11/introducing-channels-private-qa-team/ |

| | |
|---|---|
| | Home > Knowledge base > Stack Internal Community > Integrations and API<br>**Microsoft Teams Integration**<br>**Applies to:** Free ✓ Basic ✓ Business ✓ Enterprise ✓<br>**Overview**<br>The Stack Overflow Microsoft Teams integration connects your Microsoft Teams chat application and your internal knowledge base. This allows you to stay up-to-date with notifications of new content, search for existing posts, even add a new question from within Microsoft Teams.<br>With the Microsoft Teams integration, you can:<br>• Search through your Team's content to find answers to your most pressing questions.<br>• Stay up-to-date on your Team's latest questions, answers, and Articles with automated notifications.<br>• Post a question to your Stack Overflow Internal site from within Microsoft Teams.<br>• Share and preview content from your Stack Overflow Internal site within Microsoft Teams.<br>• Upvote questions, answers, and Articles from within Microsoft Teams.<br>https://support.stackenterprise.co/support/solutions/articles/22000294522-microsoft-teams-integration<br>**The Stack Overflow Microsoft Teams app**<br>Once installed by a site administrator, the Stack Overflow app is the easiest way to explore the functions of the Microsoft Teams integration. You can interact with the Stack Overflow app in your personal app or in a channel with the following commands.<br>https://support.stackenterprise.co/support/solutions/articles/22000294522-microsoft-teams-integration |




https://support.stackenterprise.co/support/solutions/articles/22000294522-microsoft-teams-integration

### Weekly digests for Microsoft Teams and Slack

**Microsoft Teams Channel Digests**

Now available in Microsoft Teams! These weekly updates surface key activity based on selected tags and communities. You'll see:

- Top contributors by user and department
- Usage metrics to track engagement
- Unanswered questions to improve answer rate and close knowledge gaps

https://stackoverflow.blog/2025/04/15/smarter-insights-stronger-teams-new-features-for-stack-overflow-for-teams/

| | |
|---|---|
| | <br>https://stackoverflow.blog/2025/12/16/your-2025-stacked-a-year-of-knowledge-community-and-impact/ |